# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02960-AP

ROSS LUCERO,

      Plaintiff,

v.

MICHAEL ASTRUE,
COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

      Defendant.

---

### JOINT CASE MANAGEMENT PLAN

---

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

For Plaintiff:      Christopher R. Alger
                            McDivitt Law Firm
                            1401 17th Street, Suite 300
                            Denver, CO 80202
                            Telephone: (303) 426-4878
                            calger@mcdivittlaw.com

For Defendant:                Alexess D. Rea
                              Special Assistant United States Attorney
                              Assistant Regional Counsel
                              Office of the General Counsel
                              Social Security Administration
                              1001 Seventeenth Street
                              Denver, CO 80202
                              Telephone: (303) 844-7101
                              Alexess.rea@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

   A. Date Complaint Was Filed: November 11, 2012

   B. Date Complaint Was Served on U.S. Attorney's Office: November 13, 2012

   C. Date Answer and Administrative Record Were Filed: January 18, 2013

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The record is complete and accurate. The parties reserve the right to correct the record in the event it proves to be incomplete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate the need for additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSESOTHER MATTERS

This case raises no unusual claims or defenses.

## 7. BRIEFING SCHEDULE

   A. Plaintiff's Opening Brief Due: March 29, 2013

   B. Defendant's Response Brief Due: April 28, 2013

   C. Plaintiff's Reply Brief Due: May 13, 2013

8. **STATEMENTS REGARDING ORAL ARGUMENT**

The parties do not request oral argument.

9. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction by a Magistrate Judge.

10. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties filing motions for extension of time or continuances must comply with D.C. COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

Dated this 14th day of February, 2013

BY THE COURT:

s/ John L. Kane
UNITED STATES DISTRICT JUDGE

APPROVED:

ATTORNEY FOR THE PLAINTIFF:

s/ Christopher R. Alger
Christopher R. Alger
McDivitt Law Firm
1401 17th Street, Suite 300
Denver, CO 80202
Telephone: (303) 426-4878
calger@mcdivittlaw.com

UNITED STATES ATTORNEY:

s/ Alexess D. Rea
Alexess D. Rea
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO 80202
Telephone: (303) 844-7101
Alexess.rea@ssa.gov